IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TAJH MORRIS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0786

Opinion filed April 11, 2017.

An appeal from an order of the Circuit Court for Leon County.
James C. Hankinson, Judge.

Tajh Morris, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.